UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 19-15512 |
| Timothy Espinoza | ) | |
| | ) | Chapter: 13 |
| | ) | |
| | ) | Honorable Jacqueline P Cox |
| | ) | |
| Debtor(s) | ) | |

## ORDER MODIFYING CONFIRMED PLAN

This matter coming before the Court for a hearing on debtor's motion to modify the plan, the court being advised in the matter and having jurisdiction hereof,
IT IS HEREBY ORDERED:

1. That the confirmed plan is modified to lower the overall plan base to $72,247.
2. That the dividend paid to unsecured creditors is lowered to a minimum of 55%.
3. That trustee shall not be required to perform collections on behalf of creditors pursuant to any prior confirmed plan.

Enter:

*Jacqueline P. Cox*

Honorable Jacqueline Cox
United States Bankruptcy Judge

Dated: June 26, 2023

**Prepared by:**

Geraci Law, LLC
55 E. Monroe Street, STE 3400
Chicago, IL 60603
(P) 312-332-1800 (F) 877-247-1960 (E)
ndil@geracilaw.com